This order is without prejudice to the respondent's filing a motion for a stay in this court.

This case is specially assigned to the calendar for November 1977 for oral argument. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *John D. Lynch,* for respondent.

APPEAL No. 77-36. ELEANOR M. JOHANSEN *v.* HAROLD L. JOHANSEN. The defendant's motion to extend the time for filing his brief to June 30, 1977, is granted.

This is the last extension which will be granted to the defendant in this case. *A. Norman LaSalle,* for plaintiff. *Harold L. Johansen,* pro se, defendant.

APPEAL No. 77-108. LUCY V. DIGBY *v.* CHARLES DIGBY. The defendant's motion to affirm the judgment below pursuant to Rule 16(g) is denied. *Ronald J. Resmini,* for plaintiff. *Gunning, LaFazia & Gnys, Edward P. Sowa, Jr.,* for defendant.

APPEAL No. 77-123. ANTONIO T. FONSECA *et al. v.* SERAFIN SILVEIRA *et al.* The defendants' motion to remand this case to the Superior Court for a new trial is denied since this case has not yet been docketed in this court, without prejudice to the defendants' filing of a proper motion pursuant to our Rule 10(c) in Superior Court. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia,* for defendants.

June 6, 1977.

APPEAL No. 76-390. STATE *v.* GILBERT RODDY *et al.* The defendants' motion for an extension of time to file their brief is granted. The brief shall be filed on or before July 8, 1977. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Jordan Stanzler,* for defendants.